United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK JACKSON,<br><br>        Plaintiff,<br><br>    v.<br><br>DONALD POMPAN, Physician; et al.,<br><br>        Defendants.<br>                                      / | No. C 12-6049 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

Defendant has filed an *ex parte* request for an extension of time to file a dispositive motion and/or answer to the complaint. Upon due consideration, the court GRANTS the request. (Docket # 13.) The court now sets the following new briefing schedule for dispositive motions: Defendant must file and serve his dispositive motion and/or answer no later than **November 1, 2013**. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **December 6, 2013**. Defendant must file and serve his reply brief (if any) no later than **December 20, 2013**.

Defense counsel is cautioned that he must in the future comply with Local Rule 6-3 at the time he files any request for an extension of time; that rule requires that any motion to change time be accompanied "by a declaration." The document he initially filed (i.e., Docket # 13) did not include any declaration in conformance with 28 U.S.C. § 1746, which requires that an unsworn declaration be made under penalty or perjury.

IT IS SO ORDERED.

Dated: August 26, 2013

                                                                                                      _____<br>
                                                                                                      SUSAN ILLSTON<br>
                                                                                        United States District Judge