UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK JACKSON, | No. C 12-6049 SI (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINES** |
| v. | |
| DONALD POMPAN, Physician; et al., | |
| Defendants. | |

Defendant has filed a second *ex parte* request for an extension of time to file a dispositive motion and/or answer to the complaint. Upon due consideration of the request and the declaration of attorney Harry Gower, III, the court GRANTS the request. (Docket # 19.) The court now sets the following new briefing schedule for dispositive motions: Defendant must file and serve his dispositive motion and/or answer no later than **December 6, 2013**. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **January 10, 2014**. Defendant must file and serve his reply brief (if any) no later than **January 24, 2014**.

Plaintiff's motion for an extension of time to file his opposition and/or for entry of default is DENIED as moot. (Docket # 18.) This motion crossed in the mail with the court's first order extending the deadlines for the dispositive motion and/or answer to the complaint.

IT IS SO ORDERED.

Dated: October 21, 2013

_____
SUSAN ILLSTON
United States District Judge