UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK JACKSON, | No. C 12-6049 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DONALD POMPAN, Physician; et al., | |
| Defendants. | |

Judgment is now entered in defendants' favor and against plaintiff.

IT IS SO ORDERED AND ADJUDGED.

Dated: May 19, 2014

_____
SUSAN ILLSTON
United States District Judge